```
                FILED          RECEIVED
                ENTERED        SERVED ON
                         COUNSEL/PARTIES OF RECORD

                    DEC - 5 2016

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
         BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-CR-188-LDG-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BAO QUOC TAN ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#105) on September 1, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| WELLS FARGO BANK | 6,149.72 |
| BANK OF AMERICA | 8,204.91 |
| PSCU | 3,503.64 |
| WORLDS FOREMOST BANK | 28.04 |
| VONS EMPLOYEE FEDERAL CU | 1,167.69 |
| COMPASS BANK | 302.29 |
| PARSONS FEDERAL CREDIT UNION | 2,337.63 |
| ROYAL BANK OF CANADA | 1,168.81 |
| CREDIT SAISON CO LTD | 604.59 |
| CALIFORNIA COAST CU | 297.81 |
| CAPITAL ONE | 1,167.69 |

| | |
|---|---|
| CITICORP INVESTIGATIVE SERVICES | 2,634.31 |
| CHASE BANK USA | 64,264.24 |
| SUMITOMO MITSUI CARD CO | 1,167.69 |
| BANK OF INVERNESS | 120.58 |
| HOUSEHOLD BANK NA | 878.85 |
| FDIC RESTITUTION PAYMENTS(formerly ADVANTA BANK) | 295.56 |
| MICHAEL CASSELL | 4,094.21 |
| BANK ONE DELAWARE NA | 6,761.02 |
| MBNA BANK | 11,727.19 |
| NAVY FEDERAL CREDIT UNION | 1,168.81 |
| FLEET BANK | 586.65 |
| US BANK | 1,168.25 |
| CITIBANK SOUTH DAKOTA | 1,167.69 |
| FDIC RESTITUTION PAYMENTS( formerly WASHINGTON MUTUAL BANK) | 61.13 |

**Total Amount of Restitution ordered:** $121,029.00

Dated this _____2_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE